## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JAMES JERMAINE PRUITT**                                              **PLAINTIFF**

**V.**                          **CASE NO.: 3:09CV00046 SWW/BD**

**CRAIGHEAD COUNTY**
**DETENTION CENTER, et al.**                                    **DEFENDANTS**


### ORDER

The Court has received the Partial Recommended Disposition from Magistrate

Judge Beth Deere.  The parties have not filed objections.  After careful review of the

Partial Recommended Disposition, as well as a *de novo* review of the record, the Court

concludes that the Partial Recommended Disposition should be, and hereby is, approved

and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against the Craighead County Detention Facility are

DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 28th day of May, 2009.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE