IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES JERMAINE PRUITT**                                                                 **PLAINTIFF**

VS.                                        NO. 3:09CV00046-BD

**CRAIGHEAD COUNTY DETENTION
CENTER,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Plaintiff filed this action pro se on April 10, 2009, under 42 U.S.C. § 1983 (docket entry #1). He was granted *in forma pauperis* status by order (#8) of April 29, 2009.

Plaintiff is no longer incarcerated in the Craighead County Detention Facility as evidenced by mail sent to the Plaintiff, which has been returned to the Court as undeliverable (#22, #23). Plaintiff is directed to provide notice of his new address on or before August 10, 2009, and state whether he wishes to proceed with this case.

Failure to timely comply with this Order may result in dismissal of this case under Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which requires any party not represented by counsel to notify the Clerk and the other parties promptly of any change in his or her address; to monitor the progress of the case; and to prosecute or defend the action diligently. Further, if any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

IT IS SO ORDERED this 10th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE