**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES JERMAINE PRUITT**                                                              **PLAINTIFF**

V.                          **CASE NO.: 3:09CV00046 BD**

**CRAIGHEAD COUNTY
DETENTION CENTER, et al.**                                                        **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Dismiss (docket entry #27). Plaintiff has not responded. For the following reasons, Defendants' motion (#27) is GRANTED, and Plaintiff's Complaint (#1) and Amended Complaint (#5) are DISMISSED WITHOUT PREJUDICE.

On April 10, 2009, Plaintiff James Jermaine Pruitt filed this 42 U.S.C. § 1983 action (#1) pro se. On June 10, 2009, this Court entered a Scheduling Order, which was returned as undeliverable (#23). On July 10, 2009, this Court ordered Plaintiff to provide notice of his new address within 30 days of the entry of the Order (#24). The Order (#24) notified Plaintiff of his responsibilities under Local Rule 5.5(c)(2) and cautioned him that failure to comply with the Order could result in dismissal of his complaint. Plaintiff has failed to respond to the Court's Order.

Defendants' Motion to Dismiss requests dismissal based on Plaintiff's failure to comply with the Court's Order. Plaintiff failed to provide notice of his new address and failed to respond to Defendants' Motion to Dismiss, and the time to do so has passed.

Accordingly, Defendants' motion (#27) is GRANTED. Plaintiff's Complaint (#1) and Amended Complaint (#5) are DISMISSED without PREJUDICE under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 14th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE