IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES JERMAINE PRUITT**                                                                 **PLAINTIFF**

V.                          **CASE NO.: 3:09CV00046 BD**

**CRAIGHEAD COUNTY**
**DETENTION CENTER, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, under Local Rule 5.5(c)(2) of the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 14th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE